**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7668**

DON MITCHELL WILBORN,

                    Petitioner - Appellant,

          v.

ANDREW MANSUKHANI, Warden, FCI Estill,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  David C. Norton, District Judge; Paige Jones Gossett, Magistrate Judge.  (0:16-cv-01134-DCN-PJG)

Submitted:  February 23, 2017          Decided:  February 28, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Don Mitchell Wilborn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don Mitchell Wilborn seeks to appeal two pretrial orders issued by the magistrate judge and the district court's order affirming the magistrate judge's rulings in Wilborn's 28 U.S.C. § 2241 (2012) action. On appeal, Wilborn challenges the orders he seeks to appeal insofar as they deny his request to consolidate his action with that of another litigant. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Wilborn seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2